# Third District Court of Appeal

## State of Florida

Opinion filed November 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0620
Lower Tribunal No. 21-14184
_____

**Brenda L. Hill-Riggins**,
Appellant,

vs.

**Dr. Francisco Borja, M.D., et al.**,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

Brenda L. Hill-Riggins, in proper person.

Wicker Smith O'Hara McCoy & Ford, P.A., and Leslie A. McCormick, and Jessica L. Gross, for appellees.

Before FERNANDEZ, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.